Argued and submitted October 5, affirmed December 21, 1994

In the Matter of the Compensation of
Richard A. Holzner, Claimant.

SAIF CORPORATION
and EC Company,
*Petitioners,*

*v.*

Richard A. HOLZNER,
*Respondent.*

(92-15267; CA A83104)

887 P2d 392

James W. Moller, Special Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

James S. Coon argued the cause for respondent. With him on the brief was Royce, Swanson, Thomas & Coon.

Before Richardson, Chief Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *SAIF v. Allen,* 320 Or 192, 881 P2d 773 (1994); *SAIF v. Blackwell,* 131 Or App 519, 886 P2d 1028 (1994).